THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN LABARBERA, ) | |
| ) | Civil Action No. 3:07-CV-251 |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **PROPOSED ORDER** |
| ) | |
| **PERSIAN GALLERIES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

The Defendant's Consent Motion to Remand this matter to the Mecklenburg County Superior Court is hereby GRANTED.

Signed: July 13, 2007

Graham C. Mullen
United States District Judge

CHAR2\1024551v1