THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| JOHN LABARBERA, | ) | |
| | ) | Civil Action No. 3:07-CV-251 |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PROPOSED ORDER** |
| | ) | |
| PERSIAN GALLERIES, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

The Defendant's Consent Motion to Remand this matter to the Mecklenburg County Superior Court is hereby GRANTED.

                                    Signed: July 13, 2007

                                    Graham C. Mullen
                                    United States District Judge